**JUDGE RICHARD M. GERGEL**
**SEPTEMBER 10, 2019 TERM OF COURT**
**CRIMINAL CALENDAR**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON AND BEAUFORT DIVISIONS**

TO:     MEMBERS OF THE BAR HAVING CRIMINAL CASES LISTED BELOW

This calendar of cases is for **JUDGE GERGEL'S SEPTEMBER 2019 TERM OF COURT.**

Please take notice that a **BAR MEETING** has been scheduled for **Tuesday, July 30, 2019 at 10:00 AM,** Courtroom I of the J. Waites Waring Judicial Center, 83 Meeting St., Charleston, SC.

PLEASE NOTE THE FOLLOWING DATES ASSOCIATED WITH THIS TERM OF COURT:
        Trial dates will be scheduled following the bar meeting and prior to jury selection.

***** Change of Plea Hearings will be scheduled **Wednesday, September 4, 2019.** *****

**JURY SELECTION** for this term will be held on **TUESDAY, SEPTEMBER 10, 2019 at 10:00 AM,** Courtroom 4, J. Waties Waring Judicial Center, 85 Broad St., Charleston, S.C.

**\*\*\*Parties should be present no later than 9:00 AM\*\*\***

**ATTORNEYS RECEIVING THIS NOTICE MUST NOTIFY THEIR CLIENTS OF THE DATES AND TIMES OF THESE EVENTS.**

Criminal defendants will **NOT** receive notice from the Clerk of Court.

**ALL** criminal defendants are required to be present for the BAR MEETING and for JURY SELECTION unless a waiver has been filed with the Clerk's Office. Failure to attend and remain in attendance until his/her case is disposed of will constitute a forfeiture of his/her bail and a warrant for his/her arrest will be issued.

**JUROR QUESTIONNAIRES** will be available through Broad St. Printing Company on **Tuesday, September 3, 2019** prior to jury selection.

1

To obtain a jury list and a copy of the juror questionnaires: COMPLETE the Juror Questionnaire Request Form (located on the Court's website), FAX to the Clerk of Court's Office for authorization and then present the approved form to Broad St. Printing, located in Summerville, SC, via email Mike@broadstprinting.com. The information contained within these documents shall be used solely for evaluating potential jurors for jury service and is not to be used or distributed for any other purpose.  Any person wanting to obtain this information for any other purpose must petition the Court for a hearing.  If you have any questions about this procedure, please call Jeff Cargile, Jury Administrator, at (803) 253-3198.

Attorneys are required to **CONFER AND SUBMIT A JOINT LIST OF POTENTIAL STRIKES FOR CAUSE** using the attached **Strikes for Cause** form. This form must be submitted to chambers by e-mail no later than\***8:00 AM on Friday, September 6, 2019.**

If we do not receive a form, you will be waiving your option to strike for cause.

**VOIR DIRE** requests shall be filed/submitted to the court <u>at least one week prior to jury selection</u>**.**

**PLEASE NOTE: THE JUROR QUESTIONNAIRE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

To access the forms and information referred to herein, please use the following directions:

•    The web address is      http://www.scd.uscourts.gov/
•    **Click** on *Judges*
•    **Click** on *District Judges*
•    **Scroll down** to *Judge Richard Mark Gergel*

Should you have any questions or need additional information concerning this calendar, please contact Crystal Perry in the Charleston Clerk's Office at (843) 579-1417.

                                      BY DIRECTION OF THE COURT:

                                      ROBIN L. BLUME, CLERK

                                      UNITED STATES DISTRICT COURT

July 10, 2019

United States District Court for the District of South Carolina

The Honorable Richard Mark Gergel

**Strikes for Cause**

(Based on Responses from Court Questionnaires)

Case Name                                    Case Number

| Juror # | Juror Name | Question # at Issue | Concern (if not self-evident) | Parties Agree | Opposed By |
|---------|-----------|---------------------|-------------------------------|---------------|------------|
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |
|         |           |                     |                               | Y/N           | P/D        |

Attorneys must **confer** and use this form to **submit a joint list** of potential strikes for cause.
PLEASE E-MAIL THIS FORM TO:   gergel_ecf@scd.uscourts.gov
**NO LATER THAN 8:00 AM ON FRIDAY, SEPTEMBER 6, 2019**

| CASE | CAPTION | COUNSEL |
|---|---|---|
| 2:18-00050 | USA v. | Sean Kittrell |
| | Jamarv Hammond (Custody w/waiver) | Charles Cochran |
| 2:18-00937 | USA v. | Christopher Schoen |
| | Darnell Seagers (Custody) | John Duffy, III, CJA |
| | Terrell Montez Benjamin (Custody) | Francis Cornely, CJA |
| | Tyheem Scott (Custody) | John Apicella, CJA |
| | Nasheem Yece Whilder (Bond /waiver) | Scott Harvin, CJA |
| | Danielle Aubriana Whitaker (Bond w/ waiver) | Ann Walsh |
| 2:18-00943 | USA v. | Sean Kittrell |
| | | Matt Austin |
| | Plasido Agustin Del Valle-Merida (Custody) | George Bishop, CJA |
| | Juan Carlos Caceres-Salinas (Custody) | Chris Murphy, CJA |
| | (Interpreter) | |
| 2:18-01057 | USA v. | William Lewis |
| | Ebonynisha Monique Casby (Custody) | Charles Cochran |

| CASE | CAPTION | COUNSEL |
|------|---------|---------|
| 2:18-01102 | USA v. | Nick Bianchi |
| | Joseph Umphlett, Sr (Custody) | Cody Groeber |
| | Jermaine Jerido   (Custody) | Donna Taylor, CJA |
| | Samantha Burris (Custody) | Cameron Blazer, CJA |
| | Erica Nicole Haynes (Bond w/waiver) | Jason Bybee, CJA |
| 2:19-00169 | USA v. | Jamie Schoen |
| | Ramone Baldwin (Custody) | Cody Groeber |
| 2:19-00171 | USA v. | Jamie Schoen |
| | Marquise Jackson (Custody) | Leon Stavrinakis |
| 2:19-00241 | USA v. | Jamie Schoen |
| | Carlos Alexander Ravenel (Custody) | Miller Shealy, CJA |
| | Candi Lorraine Oree (Bond) | Alicia Penn |
| | Gordon William Brock, III (Custody) | Lionel Lofton |

| CASE | CAPTION | COUNSEL |
|------|---------|---------|
| 2:19-00242 | USA v. | Rhett DeHart |
| | John M. Miller (Bond w/waiver) | Alicia Penn |
| 2:19-00347 | USA v. | Rhett DeHart |
| | James Thomas Bramlette (Bond) | |
| | Anthony Mark Hartman (Bond) | Bill Nettles |
| | Travis Kozlowski (Bond) | David Aylor |
| | | Arounkone Niravong |
| 2:19-00444 | USA v. | Dean Secor |
| | Jose Manuel Montes (Custody) (Interpreter) | Alicia Penn |
| 2:19-00445 | USA v. | Dean Secor |
| | Orfael Echeverria-Padilla (Custody) (Interpreter) | Alicia Penn |

| CASE | CAPTION | COUNSEL |
|------|---------|---------|
| 2:19-00478 | USA v. | Dean Secor |
| | Samuel Fort (Custody) | Ann Walsh |
| | (Secured Bond of $250,000 pending) | |
| | Keerstin Lax (Custody) | Leslie Sarji, CJA |
| | Stephan Moore (Bond) | Chris Murphy, CJA |
| | Shelby Brunson (Bond) | Arie Bax, CJA |
| | Donna Isaacs (Bond) | David McCann, CJA |
| | Jeffrey Zensen (Bond) | Jackie Mastantuno, CJA |
| | Aubrey Schultz (Bond) | George Bishop, Jr., CJA |
| | Ashley Woods (Bond) | Cameron Marshal, CJA |
| | Lovan Green (Custody) | Jason Bybee, CJA |
| | Kendall Grant (Bond) | Bill Nixon, CJA |
| | Sharnseearay Goddard  (Custody) | Ravi Sanyal, CJA |
| | Neil Hines, Jr. (Custody) | Marco Torres, CJA |
| | | |
| 9:18-00685 | USA v. | Christopher Schoen |
| | George Hall (Custody) | Cody Groeber |
| | | |
| 9:18-01015 | USA v. | Janet Henderson |
| | Erick Antonio Holmes (Custody) | Cody Groeber |

| CASE | CAPTION | COUNSEL |
|------|---------|---------|
| 9:18-01055 | USA v. | William Lewis |
| | Amanda Nicole Wells (Bond w/waiver) | Naki Richardson-Bax, CJA |
| 9:19-00003 | USA v. | Tommie Pearson |
| | Atiya Shawtel Johnson (Bond w/waiver) | Alicia Penn |